IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00168-ZLW

DENNIS MICHAEL BLAY,

   Petitioner,

v.

AL ESTEP, Superintendent Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 - 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

This Court, in the above entitled proceedings, has rendered an Order denying petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that petitioner is entitled to no relief. The reasons stated in the Order and Judgment of Dismissal filed May 18, 2005, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

ORDERED that no certificate of appealability will issue.

DATED at Denver, Colorado this 30 day of June, 2005.

BY THE COURT:

_Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court